UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>NEWSPAPER AND MAIL DELIVERERS'-PUBLISHERS' PENSION FUND,<br><br>*Defendant*. | Civil Action No. 17-CV-6178-RWS |
| NEWSPAPER AND MAIL DELIVERERS'-PUBLISHERS' PENSION FUND AND THE BOARD OF TRUSTEES OF THE NEWSPAPER AND MAIL DELIVERERS'-PUBLISHERS' PENSION FUND,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE NEW YORK TIMES COMPANY,<br><br>*Defendant*. | Civil Action No. 17-CV-6290-RWS |

**NOTICE OF MOTION**

Pursuant to Federal Rule of Civil Procedure 56, The New York Times Company ("the Times") hereby moves for summary judgment on all of the issues presented by these consolidated actions, which seek judicial review of an arbitrator's award sustaining in part, and vacating in part, two assessments of partial withdrawal liability issued by the Newspaper and Mail Deliverers'-Publishers' Pension Fund ("the Fund") under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"). **The Court has scheduled oral argument on this motion to be held on December 6, 2017.**

*First*, the Times did not partially withdraw from the Fund.  *Second*, if the Times did partially withdraw, the Fund unlawfully inflated its liability by low-balling the projected return on the Fund's assets.  *Third*, when the Fund declared a *second* partial withdrawal by the Times one year after the first, it erroneously deprived the Times of the credit that ERISA provides for multiple withdrawals.  *Fourth*, as to any *overpayments* of withdrawal liability that the Times has made pursuant to these assessments, the Fund is obligated by PBGC regulations to reimburse the Times with interest at the same 18% rate that the Fund charged the Times and other employers on *late* withdrawal liability.

The Times therefore respectfully moves this Court to (i) vacate the arbitrator's awards to the extent they sustain the Fund's partial withdrawal determinations or, in the alternative, its calculation of the Times' liability; (ii) declare that the Times owes no withdrawal liability or, in the alternative, that such liability must be recalculated; and (iii) order the Fund to refund any and all of the Times' overpayments with 18% interest.

In support of this motion, the Times relies on its Rule 56.1 statement of material facts, its memorandum of law, and its counsel's declaration attaching relevant exhibits.

Dated:  September 15, 2017                         Respectfully submitted,

/s/ *Yaakov M. Roth*
Evan Miller (emiller@jonesday.com)
Yaakov M. Roth (yroth@jonesday.com)
Mark C. Savignac (msavignac@jonesday.com)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: 202-879-3939
Facsimile: 202-626-1700

*Attorneys for The New York Times Company*