# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>*Plaintiff,*<br><br>v.<br><br>NEWSPAPER AND MAIL DELIVERERS'-PUBLISHERS' PENSION FUND,<br><br>*Defendant.* | Civil Action No. 17-CV-6178-RWS |
| NEWSPAPER AND MAIL DELIVERERS'-PUBLISHERS' PENSION FUND AND THE BOARD OF TRUSTEES OF THE NEWSPAPER AND MAIL DELIVERERS'-PUBLISHERS' PENSION FUND,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE NEW YORK TIMES COMPANY,<br><br>*Defendant.* | Civil Action No. 17-CV-6290-RWS |

## DECLARATION IN SUPPORT OF THE NEW YORK TIMES COMPANY'S MOTION FOR SUMMARY JUDGMENT

I, Jacob ("Yaakov") M. Roth, hereby attest as follows:

1. I am a partner at the law firm of Jones Day and counsel for The New York Times Company in the above-captioned consolidated cases.

2. I make this declaration in support of The New York Times Company's motion for summary judgment in the above-captioned consolidated cases.

3. I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify thereto.

4. Attached as Exhibit A is a true and correct copy of the Interim Opinion and Award of Arbitrator Mark L. Irvings, issued on June 14, 2016, in the underlying arbitration between The New York Times Company and the Newspaper and Mail Deliverers'-Publishers' Pension Fund.

5. Attached as Exhibit B is a true and correct excerpt of the collective bargaining agreement between the Newspaper and Mail Deliverers' Union of New York and Vicinity and The New York Times Company, which was admitted as Exhibit 8 in the underlying arbitration between The New York Times Company and the Newspaper and Mail Deliverers'-Publishers' Pension Fund.

6. Attached as Exhibit C is a true and correct copy of the first assessment of partial withdrawal liability by the Newspaper and Mail Deliverers'-Publishers' Pension Fund against The New York Times Company, dated September 13, 2013, which was admitted as Exhibit 1 in the underlying arbitration between The New York Times Company and the Newspaper and Mail Deliverers'-Publishers' Pension Fund.

7. Attached as Exhibit D is a true and correct copy of the transcript of the hearings held during the underlying arbitration between The New York Times Company and the Newspaper and Mail Deliverers'-Publishers' Pension Fund.

8. Attached as Exhibit E is a true and correct copy of the Minutes of the 260th Meeting of the Board of Trustees of the Newspaper and Mail Deliverers'-Publishers' Pension Fund, dated April 17, 2008, which was admitted as Exhibit 128 in the underlying arbitration between The New York Times Company and the Newspaper and Mail Deliverers'-Publishers' Pension Fund.

9. Attached as Exhibit F is a true and correct excerpt of the Newspaper and Mail Deliverers'-Publishers' Pension Fund's Actuarial Valuation and Review as of June 1, 2010, prepared by the Segal Company, which was admitted as Exhibit 24 in the underlying arbitration between The New York Times Company and the Newspaper and Mail Deliverers'-Publishers' Pension Fund.

10. Attached as Exhibit G is a true and correct copy of the second assessment of partial withdrawal liability by the Newspaper and Mail Deliverers'-Publishers' Pension Fund against The New York Times Company, dated December 23, 2014, which was admitted as Exhibit 2 in the underlying arbitration between The New York Times Company and the Newspaper and Mail Deliverers'-Publishers' Pension Fund.

11. Attached as Exhibit H is a true and correct copy of the Interim Ruling on Interest of Arbitrator Mark L. Irvings, issued on December 24, 2016, in the underlying arbitration between The New York Times Company and the Newspaper and Mail Deliverers'-Publishers' Pension Fund.

12. Attached as Exhibit I is a true and correct copy of the Final Ruling on Interest of Arbitrator Mark L. Irvings, issued on July 12, 2017, in the underlying arbitration between The New York Times Company and the Newspaper and Mail Deliverers'-Publishers' Pension Fund.

13. Attached as Exhibit J is a true and correct copy of the Final Award of Arbitrator Mark L. Irvings, issued on July 19, 2017, in the underlying arbitration between The New York Times Company and the Newspaper and Mail Deliverers'-Publishers' Pension Fund.

14. Attached as Exhibit K is a true and correct excerpt of the Newspaper and Mail Deliverers'-Publishers' Pension Plan's plan document, as amended and restated effective June 1, 2008, which was admitted as Exhibit 62 in the underlying arbitration between The New York Times Company and the Newspaper and Mail Deliverers'-Publishers' Pension Fund..

15. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | |
|---|---|
| Dated: September 15, 2017 | */s/ Yaakov M. Roth* |
| | Jacob ("Yaakov") M. Roth |
| | JONES DAY |
| | 51 Louisiana Avenue, N.W. |
| | Washington, D.C. 20001 |
| | Telephone: 202-879-7658 |
| | yroth@jonesday.com |